UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ZAMORA, JULIAN DURAN, ULISES OCHOA, SELVIN MARTINEZ, EUCEBIO HERNANDEZ, CALIXTO FUNES GUZMAN, MANUEL FLORES, ADRIAN CANCELA, WILSON CHUQUI, *and* ANDERSON ESTRADA,

            Plaintiffs,

– *against* –

RSC GROUP, LLC, BRETT STEINBERG, MARK DIMEDICI, *and* FRANCISCO TAVARES,

            Defendants.

**ORDER**

21 Civ. 7728 (ER)

RAMOS, D.J.:

    In this matter, summons were issued to all four defendants. See Docs. 9, 10, 11, and 13. However, plaintiffs have only filed an affidavit of service as to one defendant, RSC Group, LLC. Doc. 14. RSC Group's answer was due December 28, 2021. *Id.* As of this date, RSC Group has not appeared or answered, and there has been no further action to date. Plaintiffs are therefore directed to submit a status report as to the four defendants by April 27, 2022. Failure to comply with Court orders or the Federal Rules of Civil Procedure, including the time limitations included therein, could result in adverse actions, including dismissal for failure to prosecute.

    SO ORDERED.

Dated:  April 19, 2022
          New York, New York

                                              Edgardo Ramos, U.S.D.J.